# FEBRUARY TERM, 1845.

### MR. JUSTICE BEARDSLEY PRESIDING.

The three last days of this term were held by Mr. CHIEF JUSTICE NELSON.

### THOMAS L. OGDEN et al. vs. SETH BEEBE.

In a number of causes between the same plaintiffs and different defendants, all involving the same questions of law, a part being noticed for trial, and part not, and a verdict rendered for defendant in one of them, and exceptions taken by plaintiffs, the defendants are not entitled to judgment as in case of non-suit in those *not* noticed for trial, until the questions excepted to in the one tried and decided.

*Motion by defendant for judgment as in case of non-suit.*—The defendant founded his motion upon the usual affidavit, that the cause was not noticed at the last November circuit, and that younger issues were tried at said circuit. The plaintiffs show that there is twenty-one other causes of the same kind (being actions of trover), between the same plaintiffs and different defendants; that fifteen of said causes were noticed for trial at said November circuit, one of which was tried and a verdict rendered for defendant. Exceptions were taken by plaintiffs for the purpose of having the questions of law settled by this court or the court for the correction of errors, and the circuit judge refused to try at said circuit either of the other causes which involved the same questions of law. The defendant now moves for judgment as in case of non-suit in this and the six other causes involving the same question, which were not noticed at said November circuit.

M. FILLMORE, *Defts Counsel.*  I. E. IRISH, *Deft's Atty.*
ROGERS, *Plffs Counsel.*  C. R. LELAND, *Plffs Atty.*

BEARDSLEY, Justice.—Motion denied.   Costs of opposing motion to abide event.